**United States District Court**
**Northern District of New York**

| | | |
|---|---|---|
| Keith Gerard, | ) | Case 3:19-cv-01285-ATB |
|     *Plaintiff*, | ) | |
| | ) | Andrew T. Baxter |
| v. | ) | United States Magistrate Judge |
| | ) | |
| Andrew Saul, | ) | Stipulation – Document Filed Electronically |
| Commissioner of the Social | ) | |
| Security Administration | ) | |
|     *Defendant*. | ) | |

**Parties' Stipulation for Remand**

The parties stipulate that the Commissioner's final decision be reversed and that this action be remanded to the Commissioner for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g). Upon remand, the Appeals Council will remand to a different Administrative Law Judge and instruct that judge to further evaluate the opinion evidence; further evaluate the record evidence related to Plaintiff's residual functional capacity and provide explanations, supported by the record evidence, for the assessed limitations; offer Plaintiff the opportunity for a hearing; take further action to complete the administrative record resolving the above issues; and issue a new decision. The parties consent to the entry of judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Respectfully Submitted,

| | |
|---|---|
| Andrew Saul, | Keith Gerard |
| By His Attorneys | By His Attorney |

Grant C. Jaquith,
United States Attorney

| | |
|---|---|
| */s/ Ronald W. Makawa* | */s/ Peter A. Gorton*[1] |
| Ronald W. Makawa | Peter A. Gorton |
| Special Assistant United States Attorney | Lachman, Gorton Law Firm |
| N.D.N.Y. Bar Roll No. 700979 | P.O. Box 89 |
| Social Security Administration | 1500 East Main Street |
| Office of the General Counsel | Endicott, NY 13761-0089 |
| J.F.K. Federal Building, Room 625 | (607) 754-0500 |
| Boston, MA 02203 | office@lglaw.org |
| (617) 565-4283 | |
| ronald.makawa@ssa.gov | |

IT IS SO ORDERED:

_Andrew T. Baxter_
Andrew T. Baxter
U.S. Magistrate Judge
Dated: June 17, 2020
Syracuse, NY

---

[1] Signed by Ronald W. Makawa with Peter A. Gorton's permission.