# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

### JUDGMENT IN A CIVIL CASE

**Keith Gerard**
       Plaintiff(s)
  vs.                             **CASE NUMBER: 3:19-cv-1285 (ATB)**

**Andrew Saul**
       Defendant(s)

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: remanding to the Commissioner for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. §405.

All of the above pursuant to the order of the Honorable Andrew T. Baxter, dated the 17th day of June, 2020.

DATED: June 18, 2020

_____
Clerk of Court

s/Kathy Rogers
Deputy Clerk